ISAAC WAID, RESPONDENT, *v.* LEWIS GAYLORD, SHERIFF, IMPLEADED, ETC., APPELLANT.

*Levy — when sufficient to sustain an action of replevin.*

A levy upon the right, title and interest of the judgment debtor in goods, is, in law, equivalent to a levy upon the things themselves. It amounts to a seizure of the goods for the purpose of selling the whole or a qualified interest therein, and is sufficient to sustain an action of replevin.[*]

A judgment having been recovered against Thomas Waid, a son of the plaintiff, execution was issued thereon, and placed in the hands of defendant. M., one of his deputies, went to the house of the plaintiff, in his absence, and levied upon all the right, title and interest of the said Thomas, in certain property, and subsequently advertised the same for sale. Thomas had no right or interest, whatever, in the property. In an action of replevin, brought by the plaintiff, *held*, that he was entitled to recover.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*Southworth & Parks*, for the appellant.

*K. Carroll*, for the respondent.

Opinion by GILBERT, J.

Judgment affirmed.